# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KB HOME, | Case No. 1: 22-cv-00120-DAD-SAB |
|     Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE ENTRY OF DEFAULT OR A NOTICE OF STATUS OF ACTION |
|     v. | |
| KB REAL ESTATE & MORTGAGE, INC., et al., | FIVE DAY DEADLINE |
|     Defendants. | |

    KB Home ("Plaintiff") filed this action on January 26, 2022, against Defendants. (ECF No. 1.) On February 2, 2022, summonses were returned executed demonstrating service on Defendants on January 28, 2022. (ECF Nos. 7, 8, 9.) Pursuant to Rule 12 of the Federal Rules of Civil Procedure, a responsive pleading was due within twenty-one days of being served with the summons and complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). More than twenty-one days have passed and Defendants have not filed a responsive pleading; no stipulation to extend time to respond to the complaint has been filed; and no requests for entry of default have been filed. A scheduling conference is currently set for April 19, 2022.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall either file a request for entry of default on the non-responding Defendants or a notice regarding the status of this action.

IT IS SO ORDERED.

Dated: __**March 24, 2022**__                     _____
                                                                        UNITED STATES MAGISTRATE JUDGE

2