# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KB HOME,<br><br>  Plaintiff,<br><br>  v.<br><br>KB REAL ESTATE & MORTGAGE, INC., et al.,<br><br>  Defendants. | Case No. 1:22-cv-00120-DAD-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 11)<br><br>**THIRTY-DAY DEADLINE** |

This action was filed on January 26, 2022. (ECF No. 1.) On March 24, 2022, the Court ordered Plaintiff to file a request for entry of default or notice of status of action. (ECF No. 10.) On March 28, 2022, Plaintiff filed a notice of status of action, in which it indicated the parties had reached settlement and executed a settlement agreement on March 16, 2022. (ECF No. 11.) Plaintiff indicates it expects to file a stipulation of dismissal within thirty days.

The parties are reminded that, pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). Plaintiff appears to seek an extension to permit filing of the dispositional documents within thirty days, based on the proffer that Defendants need to take certain actions still in exchange for Plaintiff dismissing this case. (See ECF No. 11 at 2.)

Generally, once the terms of a settlement agreement are finalized and the settlement

agreement is signed by the parties, the Court does not retain jurisdiction to oversee that the parties. Nonetheless, construing the filing as a request for an extension of time to file the dispositional documents, the Court shall permit the parties to file dispositional documents within thirty (30) days. The parties are advised, however, that no further extensions of time shall be granted absent a showing of good cause. Further, the parties are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions. Id. (citing E.D. Cal. L.R. 272).

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **thirty (30) days** of entry of this order.

IT IS SO ORDERED.

Dated: __March 29, 2022__

UNITED STATES MAGISTRATE JUDGE